IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KIMBERLY RASLEY,
    Petitioner,

vs.                                              Case No. 5:08cv368/RH/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as a Motion to Proceed In Forma Pauperis, and a Certificate Regarding Inmate Account with an attached printout of the activity in her inmate account for the six-month period preceding the filing of the petition (Docs. 1, 7).

From a review of the inmate bank account records, Petitioner had an account balance of $137.34 at the time she filed her habeas petition and monthly average deposits in the amount of $282.50 into her inmate bank account.  Therefore, Petitioner shall be required to pay the $5.00 fee.

Accordingly, it is **ORDERED**:

1.    Petitioner's application to proceed in forma pauperis (Doc. 7) is **DENIED without prejudice**.  Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** of the date of docketing of this order.  The check should be made payable to "Clerk, U. S. District Court."

2.    Petitioner's failure to either submit this amount or explain her inability to do so may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 28th day of January 2009.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**